ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK W. KING,<br><br>  Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>  Defendant. | No. 3:11-cv-04444-CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

1

REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: June 20, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiff |
| 10 | Dated: June 24, 2013 | BRYDON HUGO & PARKER |
| 13 | | By: /s/ |
| | | SHELLEY K. TINKOFF |
| | | Attorneys for Defendant |
| 14 | | FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) |
| 18 | Dated: June 26, 2013 | SO ORDERED: |

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER